■ KATHY FAZEKAS et al., Appellants, v GENERAL ELECTRIC COMPANY, Respondent, et al., Defendants. (Appeal No. 1.)—Judgment unanimously reversed on the law and motion denied, with one bill of costs to be apportioned equally among the respondent in this appeal and in appeals Nos. 2, 3 and 4, decided herewith. Same memorandum as in *Barrette v General*

*Elec. Co.* ([appeal No. 1] 144 AD2d 983 [decided herewith]). (Appeal from judgment of Supreme Court, Onondaga County, Stone, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.